IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LORENZO BILLINGSLEY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>D. DANIELS, Corr. Off., )<br>et al, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:16cv748-MHT<br>(WO) |

## OPINION

Plaintiff, a state prisoner, filed this lawsuit alleging he was subjected to excessive force and denied adequate medical care. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims be dismissed against two defendants, the Alabama Department of Corrections and Corizon Health Care. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of April, 2017.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**