IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LORENZO BILLINGSLEY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv748-MHT |
| | ) | (WO) |
| D. DANIELS, Corr. Off., | ) | |
| et al, | ) | |
| | ) | |
|     Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 10) is adopted.

(2) Plaintiff's claims against defendant Alabama Department of Corrections are dismissed with prejudice.

(3) Plaintiff's claims against defendant Corizon Health Care are dismissed without prejudice.

(4) Defendants Alabama Department of Corrections and Corizon are terminated as parties to this case.

(5) No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 27th day of April, 2017.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**